IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY L. MCCOY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C-12-3821 TEH (PR)<br><br>ORDER FOR PARTIES TO ENGAGE IN DISCOVERY PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(Doc. #9) |

       On October 9, 2012, Defendant United States of America filed a status report in which it informed the Court that "it does not believe this case can be resolved at this time by summary judgment or other dispositive motion." Defendant indicates that such a motion might be appropriate later in the case after it conducts further investigation and discovery. Defendant requests that the Court schedule a case management conference to set forth a discovery and a case management schedule.

       The Court declines to set a case management conference in this pro se prisoner case. Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order

is required before the parties may conduct discovery.  For Plaintiff's information, the proper manner of promulgating discovery is to send demands for documents or interrogatories (questions asking for specific, factual responses) directly to Defendant's counsel.  See Fed. R. Civ. P. 33-34.  The scope of discovery is limited to matters "relevant to the claim or defense of any party . . ."  See Fed. R. Civ. P. 26(b)(1).

The parties are ordered to meet and confer to agree on discovery and case management schedules to be submitted to the Court no later than thirty days from the date of this order.  If the parties feel that this case may be settled without further discovery, they shall inform the Court of this and the Court will make efforts to arrange for a settlement conference.

IT IS SO ORDERED.

DATED   *11/05/2012*

**THELTON E. HENDERSON**
United States District Judge

G:\PRO-SE\TEH\CR.12\McCoy12-3821- discovery ord.wpd