IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY L. MCCOY,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C-12-3821 TEH (PR)

ORDER APPROVING, IN PART, STIPULATED DISCOVERY AND CASE MANAGEMENT SCHEDULE

(Doc. #15)

On October 10, 2012, Defendant filed a status report in which it stated that it did not believe that this case could be resolved by summary judgment or other dispositive motion at that time, but might be appropriate after discovery. On November 16, 2012, the Court ordered the parties to meet and confer to agree on a discovery and case management schedule. On December 3, 2012, the parties submitted such a stipulated schedule. Docket #15. The stipulated dates for discovery and a dispositive motion are approved. However, the dates for a pretrial conference and trial are denied. These dates will be set by the Court at a future time, if they are still necessary after the parties meet with Magistrate Judge Nandor Vadas for settlement talks, see Docket #19, or the

Court rules on any dispositive motions.

This Order terminates Docket #15.

IT IS SO ORDERED.

DATED    *01/28/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\McCoy12-3821-CMC Sched.wpd

2