UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANNY L. McCOY, | No. 3:12-CV-3821 THE (NJV) |
| Plaintiff, | |
| v. | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DANNY L. McCOY, inmate no. 12844-111, presently in custody at the Federal Detention Center, Dublin, California, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 11, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Randy Tews, Warden, Federal Detention Center

GREETINGS

WE COMMAND that you have and produce the body of DANNY L. McCOY, inmate no. 12844-111, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom 14, at 11:00 am. on March 28, 2013, in order that said

prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *McCoy v. United States of America*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 11, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: February 11, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANNY L. McCOY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants.<br>_____/ | No. 3:12-CV-3821 THE (NJV)<br><br><br>CERTIFICATE OF SERVICE |

　　　　I, the undersigned, hereby certify that on February 11, 2013, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Danny L. McCoy
#12844-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Ms. Gonzagas, Supervisor
Records Department
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA   94568

Warden Randy Tews
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA   94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas