**United States District Court**
For the Northern District of California

1

2

3

4

5        UNITED STATES DISTRICT COURT

6        NORTHERN DISTRICT OF CALIFORNIA

7        EUREKA DIVISION

8

9   DANNY L. McCOY,                                No. 3:12-CV-3821 THE  (NJV)

10              Plaintiff,                          ORDER RESETTING
                                                    SETTLEMENT CONFERENCE IN
11        v.                                        PRO SE PRISONER EARLY
                                                    SETTLEMENT PROGRAM
12   UNITED STATES OF AMERICA,

13              Defendant.
     _____/

14

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

            You are hereby notified that the settlement conference scheduled in this case for

17   March 28, 2013, at 11:00 am. at the United States Courthouse in San Francisco, Courtroom 14, is

18   HEREBY RESET for 1:00 pm. on the same day at the same place.  All other particulars remain the

19   same.  The writ issued on February 11, 2013, for the attendance of Plaintiff is HEREBY

20   AMENDED to require the presence of Plaintiff at 1:00 pm. rather than 11:00 am.

21

22   IT IS SO ORDERED.

23

24   Dated:  February 27, 2013

25   _____
     NANDOR J.
     United States

26

27

28



United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DANNY L. McCOY,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendants.

_____/

No.  3:12-CV-3821 THE (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 27, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Danny L. McCoy
#12844-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Ms. Gonzagas, Supervisor
Records Department
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA   94568

Warden Randy Tews
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA   94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2