1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7                EUREKA DIVISION

8

9    DANNY L. McCOY,                          No. 3:12-CV-3821 TEH  (NJV)

10              Plaintiff,                     ORDER SETTING STATUS
                                               SETTLEMENT CONFERENCE IN
11        v.                                   PRO SE PRISONER EARLY
                                               SETTLEMENT PROGRAM
12   UNITED STATES OF AMERICA,

13              Defendant.
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        A settlement conference is scheduled in this case for March 28, 2013.  The matter is

17   HEREBY SET for a telephonic status conference on  March 12, 2013, at 1:00 pm.   The parties shall

18   dial 218-339-2500 and enter access code 1057593.   Defense counsel is asked to facilitate the

19   telephonic appearance of Plaintiff.

20

21   IT IS SO ORDERED.

22

23   Dated:  March 7, 2013

24                                             _____
                                               NANDOR J. VADAS
25                                             United States Magistrate Judge

26

27

28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2        UNITED STATES DISTRICT COURT

3        NORTHERN DISTRICT OF CALIFORNIA

4        EUREKA DIVISION

5

6

7   DANNY L. McCOY,                              No.  3:12-CV-3821 TEH (NJV)

8              Plaintiff,

9        v.                                       CERTIFICATE OF SERVICE

10  UNITED STATES OF AMERICA,

11             Defendant.

12  _____/

13

14          I, the undersigned, hereby certify that on March 7, 2013, I SERVED a true and correct copy

    of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed

15  below, by depositing said envelope in the U.S. Mail.

16

17  Danny L. McCoy
    #12844-111
18  Federal Detention Center
    5675 8th Street, Camp Parks
19  Dublin, CA 94568

20  Ms. Gonzagas, Supervisor
    Records Department
21  Federal Detention Center
    5675 8th Street, Camp Parks
22  Dublin, CA   94568

23

24

25

26                                              /s/ Linn Van Meter

27                                     _____
                                                Linn Van Meter
28                                       Administrative Law Clerk to
                                         the Honorable Nandor J. Vadas