1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DANNY L. McCOY,                              No. 3:12-CV-3821 TEH  (NJV)

            Plaintiff,                        ORDER VACATING STATUS
                                             CONFERENCE IN
      v.                                     PRO SE PRISONER EARLY
                                             SETTLEMENT PROGRAM
UNITED STATES OF AMERICA,

            Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      A settlement conference is scheduled in this case for March 28, 2013.  A telephonic status

conference relating to that settlement conference was held on March 12, 2013.  Accordingly, the

status conference previously set for March 19, 2013, is HEREBY VACATED.


IT IS SO ORDERED.

Dated:  March 13, 2013

                                             _____
                                             NANDOR J. VADAS
                                             United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DANNY L. McCOY,                                             No. 3:12-CV-3821 TEH (NJV)

        Plaintiff,

    v.                                                            CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

        Defendant.

_____/

      I, the undersigned, hereby certify that on March 13, 2013, I SERVED a true and correct copy

of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed

below, by depositing said envelope in the U.S. Mail.

Danny L. McCoy
#12844-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Ms. Gonzagas, Supervisor
Records Department
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA  94568

/s/ Linn Van Meter

_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2