UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANNY L. McCOY, | No. 3:12-CV-3821 TEH  (NJV) |
| Plaintiff, | ORDER VACATING STATUS CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A settlement conference is scheduled in this case for March 28, 2013. A telephonic status conference relating to that settlement conference was held on March 12, 2013. Accordingly, the status conference previously set for March 19, 2013, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  March 13, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANNY L. McCOY, | No. 3:12-CV-3821 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

I, the undersigned, hereby certify that on March 13, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Danny L. McCoy
#12844-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Ms. Gonzagas, Supervisor
Records Department
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA   94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2