United States District Court
For the Northern District of California

1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7  EUREKA DIVISION
8
9  DANNY L. McCOY,                                   No. 3:12-CV-3821 TEH (NJV)
10            Plaintiff,
                                                    ORDER AND WRIT OF HABEAS
11       v.                                         CORPUS AD TESTIFICANDUM
12 UNITED STATES OF AMERICA,
13            Defendant.
                                          /
14
15
16 It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
17 person of DANNY L. McCOY, inmate no. 12844-111, presently in custody at the Federal Detention
18 Center, Dublin, California, as the presence of said witness will be necessary at proceedings in the
   above-entitled cause and thereafter as may be required
19
20
   Dated: April 17, 2013                           _____
21                                                 NANDOR J. VADAS
                                                   United States Magistrate Judge
22
23
                       THE PRESIDENT OF THE UNITED STATES OF AMERICA
24
   TO:    Randy Tews, Warden, Federal Detention Center
25
                                              GREETINGS
26
   WE COMMAND that you have and produce the body of DANNY L. McCOY, inmate no. 12844-111,
27
   in your custody in the hereinabove-mentioned institution, before the United States District Court at 450
28
   Golden Gate Ave., San Francisco, Courtroom D, at 1:00 pm. on April 25, 2013, in order that said

prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *McCoy v. United States of America*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 17, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 17, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANNY L. McCOY, | No. 3:12-CV-3821 TEH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

I, the undersigned, hereby certify that on April 17, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Danny L. McCoy
#12844-111
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Ms. Gonzagas, Supervisor
Records Department
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

Warden Randy Tews
Federal Detention Center
5675 8th Street, Camp Parks
Dublin, CA 94568

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3